[No. 18743.  *En Banc.*  June 22, 1925.]

KENNEWICK SUPPLY & STORAGE COMPANY, *Appellant*, v. F. W.
HEMBREE *et al., Respondents.*[2]

Appeal from a judgment of the superior court for Benton county,
Truax, J., entered March 7, 1924, upon sustaining a demurrer to the
complaint, dismissing an action to foreclose a chattel mortgage.
Affirmed.

*Moulton & Jeffrey*, for appellant.

*C. L. Holcomb*, for respondents.

*Kimball & Blake, P. D. Smith*, and *T. T. Grant, amici curiae.*

## ON REHEARING.

PER CURIAM.—This case was originally submitted to the court
upon the briefs and argument in the case of *Kennewick Supply &*

[1]Reported in 236 Pac. 806.
[2]Reported in 236 Pac. 808.

*Storage Co. v. Fry;* and this court, by Departmental opinions, affirmed the judgment of the superior court in the *Fry* case (133 Wash. 341, 233 Pac. 658) and in the instant case (133 Wash. 697, 233 Pac. 660). Upon a rehearing *En Banc* in the *Fry* case, this court has adhered to its Departmental opinion (see 133 Wash. 341, 233 Pac. 658), and the judgment in the instant case is therefore affirmed.